# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF CHARLES C.
LOBELLO, BAR NO. 5052.

No. 74423

FILED

MAY 24 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to grant suspended attorney Charles C. Lobello's petition for reinstatement.

This court suspended Lobello from the practice of law for four years, retroactive to July 29, 2013, and required that he pay the costs of the disciplinary proceeding. *In re Discipline of Lobello*, Docket No. 69779 (Order Approving Conditional Guilty Plea, April 22, 2016). The panel that heard Lobello's petition for reinstatement found he had paid those costs and completed the four-year suspension. Thus, as Lobello complied with the terms and conditions of the prior disciplinary order, and testimony by Lobello and three other witnesses supported Lobello's petition, the panel recommended that Lobello be reinstated to the practice of law in Nevada.

Based on our de novo review, we agree with the panel's conclusions that Lobello has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (requiring an attorney to demonstrate by "clear and convincing evidence that he or she has the moral qualifications, competency, and learning in law required for admission to practice law in this state" and that the attorney's "resumption of the practice of law will not be detrimental to the integrity and standing of the

18-20008

bar, to the administration of justice, or to the public interest"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition of reinstatement de novo). We therefore approve the panel's recommendation that the petition be granted.

Accordingly, Charles C. Lobello is hereby reinstated to the practice of law in Nevada. Lobello shall pay the costs of the reinstatement proceeding, excluding bar counsel and staff salaries, within 30 days of this order. *See* SCR 120.

It is so ORDERED.

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                  Gibbons

_____, J.          _____, J.
Pickering                               Hardesty

_____, J.          _____, J.
Parraguirre                             Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
       Michael J. Warhola, LLC
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, U.S. Supreme Court